IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Willie Mae Reed-Garner                               Case No. 23-00235-JAW
        John Henry Garner, Debtors                                        CHAPTER 13

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, John Henry Garner (Joint Debtor) who is the husband of Debtor, notes the death during the pendency of this action of Willie Mae Reed-Garner ("Debtor). In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, John Henry Garner believes that further administration of this case is possible and is in the best interest of the Debtor. John prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

                                    Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MS Bar No. 103469)
        Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533