# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Willie Mae Reed-Garner                      Case No. 23-00235-JAW
               John Henry Garner, Debtors                     CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Joint Debtor fell behind on the plan payments due to the passing away of the Debtor.

3. The Joint Debtor requests this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. The Joint Debtor requests that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, the Joint Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

                                           Respectfully submitted

                                           /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MS Bar No. 103469)
                                           Jennifer Ann Curry Calvillo (MS Bar No. 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 10, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

       /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr.