# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Willie Mae Reed-Garner                                   Case No. 23-00235-JAW
         John Henry Garner, Debtors                                       CHAPTER 13

## **NOTICE**

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: September 10, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Willie Mae Reed-Garner                                Case No. 23-00235-JAW
         John Henry Garner, Debtors                                    CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Joint Debtor fell behind on the plan payments due to the passing away of the Debtor.

3. The Joint Debtor requests this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. The Joint Debtor requests that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, the Joint Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 10, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

       /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-00235 |
|---|---|
| WILLIE MAE REED GARNER<br>JOHN HENRY GARNER | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/10/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>WILLIE MAE REED GARNER<br>JOHN HENRY GARNER | CASE NO: 23-00235<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/10/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00235<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED SEP 10 8-59-46 PST 2025 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | ~~(U)US BANK TRUST NATIONAL ASSOCIATION~~<br>~~AS TRU~~ |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| ~~(D)US BANK TRUST NATIONAL ASSOCIATION~~<br>~~AS TRU~~ | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | 1ST FRANKLIN FINANCIAL<br>398 HIGHWAY 51<br>RIDGELAND MS 39157-3401 |

| | | |
|---|---|---|
| ACIMA CREDIT<br>9815 SOUTH MONROE ST<br>4TH FLOOR<br>SANDY UT 84070-4384 | MAGNOLIA FEDERAL CREDIT UNION<br>240 BRIARWOOD DRIVE<br>JACKSON MS 39206-3027 | MARY FIELDS<br>PO BOX 171<br>FLORA MS 39071-0171 |

| | | |
|---|---|---|
| NATALIE KAREDA BROWN ESQ<br>RUBIN LUBLIN LLC<br>FOR US BANK TRUST NATIONAL ASSOCIATION<br>428 NORTH LAMAR BLVD SUITE 107<br>OXFORD MS 38655-3221 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL GROUP LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC AS<br>AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PARAGON REVENUE GROUP<br>ATTN BANKRUPTCY<br>PO BOX 127<br>CONCORD NC 28026-0127 | RTO NATIONAL LLC<br>PO BOX 9759<br>GREENVILLE SC 29604-9310 |

| | | |
|---|---|---|
| RUSHMORE LOAN MANAGEME<br>PO BOX 55004<br>IRVINE CA 92619-5004 | SANTANDER CONSUMER USA<br>1601 ELM ST<br>STE 800<br>DALLAS TX 75201-7260 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |

| | | |
|---|---|---|
| TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | US BANK TRUST NATIONAL ASSOCIATION AS<br>TRUS<br>OF LBCABANA SERIES IV TRUST<br>CO SN SERVICING CORP<br>323 FIFTH STREET<br>EUREKA CA 95501-0305 | US BANK TRUST NATIONAL ASSOCIATION AS<br>TRUS<br>OF THE LBCABANA SERIES IV TRUST<br>RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 55004<br>IRVINE CA 92619-5004 |

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | JOHN HENRY GARNER<br>105 PINE ST<br>FLORA MS 39071-9725 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

| EXCLUDE | DEBTOR | |
|---|---|---|
| ~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET STE 400~~<br>~~JACKSON MS 39201-1902~~ | WILLIE MAE REEDGARNER<br>105 PINE ST<br>FLORA MS 39071-9725 | |