

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 20, 2025

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT

### Southern District of Mississippi

IN THE MATTER OF:
**WILLIE MAE REED-GARNER**
**JOHN HENRY GARNER**

CASE NO.: 23-00235- JAW

***** AMENDED *****

### ORDER UPON DEBTOR DIRECTING DEDUCTIONS FOR PAY

    **IT APPEARING TO THE COURT that there is now pending a certain Chapter 13 Proceeding in which the above-named DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

    **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

    **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

**REMITTANCE BY CHECK or MONEY ORDER**
Torri Parker Martin
Standing Chapter 13 Trustee
P.O. Box 2033
Memphis, TN 38101-2033

**OR**

**REMITTANCE BY CHECK or MONEY ORDER**
TFS Direct Pay
**https://www.tfsbillpay.com/debtor**
TFS Bill Pay: 1-888-800-0294

the sum of  $1,197.00 MONTHLY .

##END OF ORDER